NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**VINCENT E. BARNA,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

———————————

2016-2588

———————————

Appeal from the United States Court of Federal Claims in No. 1:15-cv-00165-MBH, Judge Marian Blank Horn.

———————————

**JUDGMENT**

———————————

ERIC SEBASTIAN MONTALVO, The Federal Practice Group Worldwide Service, Washington, DC, argued for plaintiff-appellant.

CHRISTOPHER L. HARLOW, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., DEBORAH A. BYNUM.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  May 17, 2017  
Date

/s/ Peter R. Marksteiner  
Peter R. Marksteiner  
Clerk of Court